1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS MCGOWAN,                        Case No.  1:24-cv-00328-KES-BAM

12              Plaintiff,                  ORDER CONVERTING SCHEDULING
                                            CONFERENCE TO STATUS CONFERENCE
13        v.
                                            Status Conference: June 18, 2024
14   RADIUS GLOBAL SOLUTIONS, LLC,                            8:30 AM
                                                        Courtroom 8 (BAM) - Zoom
15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      1

1       This matter is set for an initial scheduling conference on June 18, 2024.  (Doc. 3.)

2 However, Plaintiff has not filed a proof of service and Defendant has not appeared in this action.

3 Due to the status of this case, the Scheduling Conference currently set for **June 18, 2024, at 8:30**

4 **AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** is HEREBY

5 CONVERTED to a Status Conference.  At the status conference, the parties shall be prepared to

6 discuss service of process.  The parties shall appear at the conference remotely with each party

7 appearing either via Zoom video conference or Zoom telephone number.  The parties will be

8 provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The

9 Zoom ID number and password are confidential and are not to be shared. Appropriate court attire

10 required.

11

12 IT IS SO ORDERED.

13     Dated:   **June 11, 2024**          /s/ *Barbara A. McAuliffe*

14                                       UNITED STATES MAGISTRATE JUDGE

2