UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MCGOWAN, | Case No. 1:24-cv-00328-KES-BAM |
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE** |
| v. | |
| RADIUS GLOBAL SOLUTIONS, LLC, | |
| Defendant. | |

This is a Fair Debt Collection Practices Act action brought by Plaintiff Marcus McGowan against Radius Global Solutions, LLC.  On June 18, 2024, the Court held a Status Conference to address service of the summons and complaint.  Plaintiff Marcus McGowan, proceeding pro se, appeared by Zoom video.  Counsel Jim Schultz specially appeared on behalf of Defendant Global Radius Solutions, LLC.

At the conference, defense counsel confirmed that Defendant had not yet been served with the summons and complaint.  The Court therefore instructed Plaintiff that he must comply with Federal Rule of Civil Procedure 4 for service to be effective.  Additionally, the Court and parties discussed potential informal resolution of the action.  The parties were amenable to informal settlement discussions.

A further STATUS CONFERENCE is set for **August 1, 2024, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the

conference is to address the status of service and informal resolution. If the parties file a notice of settlement prior to the conference, then the conference will be vacated. The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **June 18, 2024**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE