UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MCGOWAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No.  1:24-cv-00328-KES-BAM<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

　　　This is a Fair Debt Collection Practices Act action brought by Plaintiff Marcus McGowan against Radius Global Solutions, LLC.  On August 1, 2024, the Court held a Status Conference. Plaintiff, proceeding pro se, appeared by Zoom video.  Counsel Tuan Uong appeared by Zoom video on behalf of Defendant Global Radius Solutions, LLC.

　　　As agreed at the conference, a SCHEDULING CONFERENCE is set for **September 25, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one full week prior to the conference.  The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

　　　If the parties file a Notice of Settlement in advance of the Scheduling Conference, the Conference will be vacated.

IT IS SO ORDERED.

Dated:　**August 1, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1