UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS McGOWAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>　　　　　Defendant. | No. 1:24-cv-00328-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Docs. 17, 21 |

　　　　Plaintiff Marcus McGowan, proceeding pro se, initiated this action on March 19, 2024, asserting one claim under the Fair Debt Collection Practices Act ("FDCPA") against defendant Radius Global Solutions, LLC. Doc. 1. On December 18, 2024, defendant filed a motion for judgment on the pleadings. Doc. 17. Plaintiff did not file an opposition to the motion, and the motion was submitted on the papers pursuant to Local Rule 230(g). Doc. 19. On August 21, 2025, the motion was referred to the assigned magistrate judge for the preparation of findings and recommendations. Doc. 20.

　　　　On September 16, 2025, the magistrate judge issued findings and recommendations recommending that defendant's motion for judgment on the pleadings be granted. Doc. 21. The magistrate judge also found that any amendment of McGowan's FDCPA claim would be futile. *Id.* at 7. Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* No objections

1

1  were filed and the time to do so has passed.  *See* docket.

2      In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of
3  this case.  Having carefully reviewed the file, the Court concludes that the findings and
4  recommendations are supported by the record and proper analysis.

5      Accordingly:

6    1.    The findings and recommendations issued on September 16, 2025, Doc. 21, are
7      adopted in full;
8    2.    Defendant's motion for judgment on the pleadings, Doc. 17, is granted;
9    3.    This action is dismissed with prejudice; and
10   4.    The Clerk of the Court is directed to enter judgment and close the case.

13 IT IS SO ORDERED.

14     Dated:   October 10, 2025

                                    UNITED STATES DISTRICT JUDGE

2